# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA GOODSON,<br><br>Plaintiff,<br><br>vs.<br><br>INVESTMENT DEVELOPMENT MANAGEMENT, LLC; COLUMBIA COLLECTORS, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1-10, inclusive,<br><br>Defendant(s). | **Case No.:** 2:20-cv-00405-JAM-EFB<br><br>**ORDER GRANTING JOINT STIPULATION TO CONSOLIDATE CASES** |

## ORDER

Pursuant to the Stipulation of the Parties, and for GOOD CAUSE:

This matter, Case No. 2:20-cv-00405-JAM-EFB, is consolidated with identical matter Case No. 2:20-cv-00446-KJM CKD and is transferred to the undersigned for all further proceedings.

**IT IS SO ORDERED**

Dated: September 10, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

**ORDER**
-1-