UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lydia Goodson, | No. 2:20-cv-00446-KJM-CKD |
| Plaintiff, | ORDER |
| v. | |
| Investment Development Management, LLC, et al., | |
| Defendants. | |

The court has reviewed the stipulation and proposed order at ECF No. 19, which requests dismissal of the "entire action" under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Under that rule, an action may be dismissed without a court order by the plaintiff by filing "a stipulation of dismissal signed by all parties who have appeared." The stipulation at ECF No. 19 is not signed by all parties who have appeared in this consolidated action and is therefore not effective in dismissing the action. *See* Answer, ECF No. 16 (initially filed in No. 2:20-cv-00405-KJM-CKD); Answer, ECF No. 4.

IT IS SO ORDERED.

DATED: April 12, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE